IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 13 2011
CLERK, U.S. DISTRICT COURT
by_____
Deputy

| | |
|---|---|
| CAROL TANGO, ET AL., § | |
| Plaintiffs, § | |
| VS. § | NO. 4:11-CV-617-A |
| AMERICAN CYANAMID COMPANY N/K/A § | |
| WYETH HOLDINGS CORP., ET AL., § | |
| Defendants. § | |

### FINAL JUDGMENT

Consistent with the notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed in the above-captioned action by plaintiffs, Carol Tango and Dee Anne Eagan, each individually and as representative of the estate and heirs of Thomas G. Murphy, deceased, Norman Murphy, and Michael Murphy,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiffs against defendants, American Cyanamid Company n/k/a Wyeth Holdings Corporation, Ashland, Inc., Champlain Cable Corporation, Cytec Industries, Inc., Hercules, Incorporated, Pfizer, Inc., Rapid-American Corporation, Zurn Industries, LLC, and Wyeth Holdings Corporation

f/k/a American Cyanamid Company, be, and are hereby, dismissed without prejudice.

SIGNED September 13, 2011.

_____
JOHN McBRYDE
United States District Judge